**Opinion issued August 23, 2016**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-16-00278-CV

_____

**ERIC SIMONSEN AND DAWN M. SIMONSEN, Appellants**

**V.**

**COLONIAL SAVINGS, F.A., Appellee**

---

**On Appeal from the 400th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 15-DCV-226382**

---

## MEMORANDUM OPINION

Appellants, Eric Simonsen and Dawn M. Simonsen, have filed a motion to dismiss their appeal. More than ten days have elapsed since the filing of the motion and no party has objected to dismissal. *See* TEX. R. APP. P. 10.3(a). No opinion has

issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See*

TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Bland, Massengale, and Lloyd.